# United States Bankruptcy Court
# Central District of California

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

| In re:<br>The Litigation Practice Group P.C.<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER NO.: 11 |
|---|---|
| Richard A Marshack<br><br>Plaintiff(s)<br>Versus<br>Zoom Video Communications Inc.<br><br>Defendant(s) | ADVERSARY NO.: 8:25-ap-01090-SC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055-1(a)

On April 14, 2025, a request was filed for the clerk to enter default against defendant(s) **Zoom Video Communications Inc., a Delaware Corporation**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: April 15, 2025

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Nickie Bolte**
  **Deputy Clerk**

(Form van192-nched VAN-192) Rev. 12/2014                                                  **9 – 7 / NB8**