United States Bankruptcy Court

Central District of California

Marshack,
    Plaintiff

Zoom Video Communications Inc.,
    Defendant

Adv. Proc. No. 25-01090-SC

# CERTIFICATE OF NOTICE

District/off: 0973-8     User: admin     Page 1 of 2
Date Rcvd: Apr 15, 2025     Form ID: van192     Total Noticed: 2

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | Apr 16 2025 02:28:00 | Richard A Marshack, 870 Roosevelt, Irvine, CA 92620 |
| dft | Email/Text: bankruptcy@zoom.us | Apr 16 2025 02:28:00 | Zoom Video Communications Inc., 55 Almaden Blvd., Ste 600, San Jose, CA 95113-1612 |

TOTAL: 2

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 17, 2025     Signature: /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

**Name**     **Email Address**

Aaron E. De Leest
    on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com
    adeleest@marshackhays.com,alinares@ecf.courtdrive.com

Chad V Haes
    on behalf of Plaintiff Richard A Marshack chaes@marshackhays.com
    chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com

D Edward Hays
    on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
    ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Richard A Marshack (TR)
    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

United States Trustee (SA)

District/off: 0973-8 | User: admin | Page 2 of 2
Date Rcvd: Apr 15, 2025 | Form ID: van192 | Total Noticed: 2

ustpregion16.sa.ecf@usdoj.gov

TOTAL: 5

**United States Bankruptcy Court**
**Central District of California**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593

| In re:<br>The Litigation Practice Group P.C.<br><div align="right">Debtor(s).</div> | BANKRUPTCY CASE NO.: 8:23−bk−10571−SC<br>CHAPTER NO.: 11 |
|---|---|
| Richard A Marshack<br><br><div align="right">Plaintiff(s)</div><div align="center">Versus</div>Zoom Video Communications Inc.<br><br><div align="right">Defendant(s)</div> | ADVERSARY NO.: 8:25−ap−01090−SC |

# NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055−1(a)

On April 14, 2025, a request was filed for the clerk to enter default against defendant(s) **Zoom Video Communications Inc., a Delaware Corporation**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: April 15, 2025

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Nickie Bolte**
   **Deputy Clerk**

(Form van192−nched VAN−192) Rev. 12/2014                                                **9 − 7 / NB8**