Andrew Morton
STRETTO
410 Exchange, Suite 100
Irvine, California 92602
Telephone: 800.634.7734
Email: TeamLPGTrust@Stretto.com

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor. | Case No.  8:23-bk-10571-SC<br><br>Chapter  11<br><br>Adv. No.  8:25-ap-01090-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS INC., a Delaware Corporation and DOES 1 through 20, inclusive,<br><br>    Defendants. | CERTIFICATE OF SERVICE |

I, Andrew Morton, depose and say that I am employed by Stretto, noticing agent for the Plaintiff in the above-captioned adversary proceeding.

*[Remainder of page intentionally left blank.]*

1
CERTIFICATE OF SERVICE

On May 12, 2025, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**:

- **Notice of Entry of Procedures Order** (Docket No. 11)

Dated: May 12, 2025

*/s/ Andrew Morton*
Andrew Morton
STRETTO
410 Exchange, Suite 100
Irvine, CA 92602
800.634.7734
TeamLPGTrust@stretto.com

2
CERTIFICATE OF SERVICE

# **<u>Exhibit A</u>**

3
CERTIFICATE OF SERVICE



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Zoom Video Communications, Inc. | c/o Cheree McAlpine, Chief Legal Officer | Attn: General Counsel, CEO, or Officer, Managing or General Agent, or any Other Agent Authorized to Receive Service of Process | 55 Almaden Blvd Ste 600 | | San Jose | CA | 95113-1612 |