Case 8:25-ap-01090-SC    Doc 15    Filed 05/19/25    Entered 05/19/25 09:01:32    Desc
Main Document    Page 1 of 2

D. EDWARD HAYS, #162507
ehays@marshackhays.com
AARON E. DE LEEST, #216832
adeleest@marshackhays.com
CHAD V. HAES, #267221
chaes@marshackhays.com
MARSHACK HAYS WOOD LLP
870 Roosevelt
Irvine, California 92620
Telephone: (949) 333-7777
Facsimile: (949) 333-7778

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

MAY 19 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><hr>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>ZOOM VIDEO COMMUNICATIONS INC., a Delaware Corporation and DOES 1 through 20, inclusive,<br><br>Defendant(s). | Case No.  8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No.  8:25-ap-01090- SC<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Original Status Conference<br>Date: May 30, 2025<br>Time: 10:00 a.m.<br><br>Continued Status Conference<br>Date:  March 5, 2026<br>Time: 10:00 a.m.<br>Place: Courtroom 5C-In-person<br>         411 W. Fourth Street<br>         Santa Ana, CA 92701 |

As set forth in the Order Establishing Streamlined Procedures Governing Adversary Proceedings, entered in Case No. 8:23-bk-10571-SC on April 28, 2025, as Dk. No. 2406, the status conference in the above-entitled matter is continued to March 5, 2026, at 10:00 a.m.

/ / /

/ / /

/ / /

1

The last day to file a joint status report is February 19, 2026.

**IT IS SO ORDERED.**

###

Date: May 19, 2025

Scott C. Clarkson
United States Bankruptcy Judge