United States Bankruptcy Court

Central District of California

Marshack,

    Plaintiff

Adv. Proc. No. 25-01090-SC

Zoom Video Communications Inc.,

    Defendant

# CERTIFICATE OF NOTICE

| District/off: 0973-8 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 19, 2025 | Form ID: pdf031 | Total Noticed: 3 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | | |
| | | May 20 2025 01:12:00 | Richard A Marshack, 870 Roosevelt, Irvine, CA 92620 |
| op | + Email/Text: cr-info@stretto.com | | |
| | | May 20 2025 01:12:00 | Stretto, Inc., 410 Exchange, Ste. 100, Irvine, CA 92602-1331 |
| dft | Email/Text: bankruptcy@zoom.us | | |
| | | May 20 2025 01:12:00 | Zoom Video Communications Inc., 55 Almaden Blvd., Ste 600, San Jose, CA 95113-1612 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Aaron E. De Leest | |
| | on behalf of Plaintiff Richard A Marshack adeleest@marshackhays.com adeleest@marshackhays.com,alinares@ecf.courtdrive.com |
| Chad V Haes | |
| | on behalf of Plaintiff Richard A Marshack chaes@marshackhays.com chaes@ecf.courtdrive.com;cmendoza@ecf.courtdrive.com;cmendoza@marshackhays.com;alinares@ecf.courtdrive.com |

District/off: 0973-8                                    User: admin                                    Page 2 of 2
Date Rcvd: May 19, 2025                                 Form ID: pdf031                               Total Noticed: 3

D Edward Hays
                        on behalf of Plaintiff Richard A Marshack ehays@marshackhays.com
                        ehays@ecf.courtdrive.com;alinares@ecf.courtdrive.com;cmendoza@marshackhays.com;cmendoza@ecf.courtdrive.com

Richard A Marshack (TR)
                        pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

United States Trustee (SA)
                        ustpregion16.sa.ecf@usdoj.gov


TOTAL: 5

1 | D. EDWARD HAYS, #162507
ehays@marshackhays.com
2 | AARON E. DE LEEST, #216832
adeleest@marshackhays.com
3 | CHAD V. HAES, #267221
chaes@marshackhays.com
4 | MARSHACK HAYS WOOD LLP
870 Roosevelt
5 | Irvine, California 92620
Telephone: (949) 333-7777
6 | Facsimile: (949) 333-7778

7 | Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidation Trust

**FILED & ENTERED**

**MAY 19 2025**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

**CHANGES MADE BY COURT**

8

9 | UNITED STATES BANKRUPTCY COURT

10 | CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

11 | In re

12 | THE LITIGATION PRACTICE GROUP P.C.,

13 | Debtor.

14

15 | RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,

16 | Plaintiff,

17 | v.

18 | ZOOM VIDEO COMMUNICATIONS INC., a Delaware Corporation and DOES 1 through 20,
19 | inclusive,

20 | Defendant(s).

Case No.  8:23-bk-10571-SC

Chapter 11

Adv. No.  8:25-ap-01090- SC

**ORDER CONTINUING STATUS CONFERENCE**

Original Status Conference
Date: May 30, 2025
Time: 10:00 a.m.

Continued Status Conference
Date:  March 5, 2026
Time: 10:00 a.m.
Place: Courtroom 5C-In-person
    411 W. Fourth Street
    Santa Ana, CA 92701

21

22

23 |     As set forth in the Order Establishing Streamlined Procedures Governing Adversary

24 | Proceedings, entered in Case No. 8:23-bk-10571-SC on April 28, 2025, as Dk. No. 2406, the status

25 | conference in the above-entitled matter is continued to March 5, 2026, at 10:00 a.m.

26 | / / /

27 | / / /

28 | / / /

1

The last day to file a joint status report is February 19, 2026.

**IT IS SO ORDERED.**

### ###

Date: May 19, 2025

Scott C. Clarkson
United States Bankruptcy Judge

2