| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>D. EDWARD HAYS, #162507<br>ehays@marshackhays.com<br>AARON E. DE LEEST, #216832<br>adeleest@marshackhays.com<br>CHAD V. HAES, #267221<br>chaes@marshackhays.com<br>MARSHACK HAYS WOOD LLP<br>870 Roosevelt<br>Irvine, California 92620<br>Telephone: (949) 333-7777<br>Facsimile: (949) 333-7778<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:  Richard A. Marshack,*<br>*Plaintiff and Trustee of the LPG Liquidation Trust* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>                                    Debtor(s). | CASE NO.: 8:23-bk-10571-SC ADVERSARY<br><br>CASE NO.: 8:25-ap-01090-SC<br><br>CHAPTER:  11 |
|---|---|
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>                                    Plaintiff(s).<br>vs.<br><br>ZOOM VIDEO COMMUNICATIONS INC., a Delaware Corporation and DOES 1 through 20, inclusive,<br><br>                                    Defendant(s). | **UNILATERAL**<br>~~JOINT~~ **STATUS REPORT**<br>**[LBR 7016-1(a)(2)]**<br><br>DATE: March 5, 2026<br>TIME: 10:00 a.m.<br>COURTROOM: 5C<br>ADDRESS: 411 W Fourth St., Santa Ana, CA 92701 |

The parties submit the following JOINT STATUS REPORT in accordance with LBR 7016-1(a)(2):

A. **PLEADINGS/SERVICE:**

1. Have all parties been served with the complaint/counterclaim/cross-claim, etc. (Claims Documents)?     ☒ Yes   ☐ No

2. Have all parties filed and served answers to the Claims Documents?     ☐ Yes   ☒ No

3. Have all motions addressed to the Claims Documents been resolved?     ☐ Yes   ☒ No

4. Have counsel met and conferred in compliance with LBR 7026-1?     ☐ Yes   ☒ No

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                    Page 1                                         **F 7016.1.STATUS.REPORT**
4925-9815-7546

5. If your answer to any of the four preceding questions is anything <u>other</u> than an unqualified "YES," please explain below *(or on attached page)*:

   Defendant has not formally responded to the operative complaint nor appeared in the case.

   No Rule 26 meeting/joint conference has occurred because Defendant has not appeared in this case.

**B. <u>READINESS FOR TRIAL</u>:**

1. When will you be ready for trial in this case?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Paragraph G | |

2. If your answer to the above is more than 4 months after the summons issued in this case, give reasons for further delay:

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Paragraph G | |

3. When do you expect to complete <u>your</u> discovery efforts?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Paragraph G | |

4. What additional discovery do you require to prepare for trial?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Paragraph G | |

**C. <u>TRIAL TIME</u>:**

1. What is your estimate of the time required to present <u>your side of the case</u> at trial *(including rebuttal stage if applicable)*?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Paragraph G | |

2. How many witnesses do you intend to call at trial *(including opposing parties)*?

   | <u>Plaintiff</u> | <u>Defendant</u> |
   |---|---|
   | See Paragraph G | |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*            Page 2            **F 7016.1.STATUS.REPORT**

3. How many exhibits do you anticipate using at trial?

           **Plaintiff**                                                     **Defendant**

See Paragraph G

**D. PRE-TRIAL CONFERENCE:**

A pretrial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See LBR 7016-1.] If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

| Plaintiff | Defendant |
|---|---|
| Pretrial conference ☐(is)/☒(is not) requested. | Pretrial conference ☐(is)/☐(is not) requested. |
| Reasons: See Paragraph G | Reasons: |

| Plaintiff | Defendant |
|---|---|
| Pretrial conference should be set after: | Pretrial conference should be set after: |
| *(date)* See Paragraph G | *(date)* |

**E. SETTLEMENT:**

1. What is the status of settlement efforts?
   See Paragraph G

2. Has this dispute been formally mediated?  ☐ Yes  ☒ No
   If so, when?

3. Do you want this matter sent to mediation at this time?

| Plaintiff | Defendant |
|---|---|
| ☐ Yes  ☒ No | ☐ Yes  ☐ No |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**F. FINAL JUDGMENT/ORDER:**

Any party who contests the bankruptcy court's authority to enter a final judgment and/or order in this adversary proceeding must raise its objection below. Failure to select either box below may be deemed consent.

| Plaintiff | Defendant |
|---|---|
| ☒ I do consent | ☐ I do consent |
| ☐ I do not consent | ☐ I do not consent |
| to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. | to the bankruptcy court's entry of a final judgment and/or order in this adversary proceeding. |

**G. ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:** *(Use additional page if necessary.)*

I, CHAD V. HAES, say and declare as follows:
1. I am an individual over 18 years of age and competent to make this Declaration.
2. If called upon to do so, I could and would competently testify as to the facts set forth in this Declaration.
3. The facts set forth below are true of my personal knowledge.
4. I am an attorney at law duly admitted to practice before this Court and all courts of the State of California.
5. I am of counsel in the law firm of Marshack Hays Wood LLP, attorneys of record for Plaintiff, Richard A. Marshack, Plaintiff and Trustee of the LPG Liquidation Trust ("Plaintiff").
6. I make this Declaration regarding Plaintiff's Unilateral Status Report.
7. On March 7, 2025, Plaintiff filed the Complaint in this adversary proceeding.
8. The time for filing an answer or other response expired on April 9, 2025.
9. On April 14, 2025, Plaintiff filed Request for Entry of Default. On April 15, 2025, the Court entered the default.
10. On February 19, 2026, Plaintiff filed a voluntary dismissal of the adversary proceeding.
11. Plaintiff requests that the status conference be continued for at least 60 days, with no appearance required on March 5, 2026, to provide additional time for the Court to dismiss this case.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 24, 2026.

Respectfully submitted,

| | |
|---|---|
| Date: February 25, 2026 | Date: |
| MARSHACK HAYS WOOD LLP | |
| Printed name of law firm | Printed name of law firm |
| */s/ Chad V. Haes* | *(Unilateral)* |
| Signature | Signature |
| CHAD V. HAES | |
| Printed name | Printed name |
| Attorney for: Richard A. Marshack, Plaintiff and Trustee of the LPG Liquidation Trust | Attorney for: |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 4    **F 7016.1.STATUS.REPORT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
870 Roosevelt, Irvine, CA 92620

A true and correct copy of the foregoing document entitled (*specify*):   ~~Joint~~ Unilateral Status Report   will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 25, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **ATTORNEYS FOR PLAINTIFF: Aaron E. De Leest**    adeleest@marshackhays.com, adeleest@marshackhays.com, alinares@ecf.courtdrive.com
- **ATTORNEYS FOR PLAINTIFF: Chad V Haes**    chaes@marshackhays.com, chaes@ecf.courtdrive.com; cmendoza@ecf.courtdrive.com; cmendoza@marshackhays.com; alinares@ecf.courtdrive.com; spineda@marshackhays.com;ldinkins@marshackhays.com
- **ATTORNEYS FOR INTERESTED PARTY: Brandon J. Iskander**    biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com
- **ATTORNEYS FOR PLAINTIFF: D Edward Hays**    ehays@marshackhays.com, ehays@ecf.courtdrive.com; alinares@ecf.courtdrive.com; cmendoza@marshackhays.com; cmendoza@ecf.courtdrive.com
- **PLAINTIFF: Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **U.S. TRUSTEE: United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On **February 25, 2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**DEFENDANT**
**Zoom Video Communications, Inc. c/o Cheree McAlpine, Chief Legal Officer**
**Attn: General Counsel, CEO, or Officer, Managing or General Agent, or any Other**
**Agent Authorized to Receive Service of Process**
**55 Almaden Blvd Ste 600**
**San Jose, CA, 95113-1612**

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **February 25, 2026** , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be</u> <u>completed</u> no later than 24 hours after the document is filed.

**PRESIDING JUDGE'S COPY**
<u>Honorable Scott C. Clarkson</u>
<u>Bin beside 5th Floor Elevators –</u>
<u>U.S. Bankruptcy Court, Ronald Reagan Federal Building</u>
<u>411 West Fourth Street</u>
<u>Santa Ana, CA 92701-4593</u>

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/25/26 | Laurel Dinkins | */s/ Laurel Dinkins* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                    Page 5                    **F 7016.1.STATUS.REPORT**